## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__   DISTRICT OF   __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.  6:06-CV-1390 (LEK)**

IN RE:

**THE BENNETT FUNDING GROUP, INC.**    Bankruptcy Case No. 06-61376

    **Chapter 11**

                        **Debtor.**

**ADES AND BERG GROUP INVESTORS,**

                        **Appellants,**

    -against-

**RICHARD C. BREEDEN, Chapter 11 Trustee
of the Bennett Funding Group, Inc.,** *et al.***,**

                        **Appellees.**

_____   JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__   DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED in its ENTIRETY, in favor of the appellees (the decision of the Bankruptcy Court is affirmed) and against the appellants, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated July 09, 2007.

**DATE:**   __July 09, 2007__                                           ***LAWRENCE K. BAERMAN***_____
                                                                                      CLERK OF THE COURT

                                                                                      *Scott A. Snyder*
                                                                                      **Courtroom Deputy to the
                                                                                      Honorable Lawrence E. Kahn**